1 | PHILLIP A. TALBERT
United States Attorney
2 | JEFFREY A. SPIVAK
Assistant United States Attorneys
3 | 2500 Tulare Street, Suite 4401
Fresno, CA  93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Nov 14, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00279-JLT-SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| (1) ABREIANA ROGERS,<br>(2) NYRIC HINTON,<br>(3) ZION BREWER,<br>(4) ZORIAN TEMPLE,<br>(5) DAVONNTAE BARFIELD, AND<br>(6) HARRY COOPER NEAL, | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 14, 2024 charging the above defendants with violations of 18 U.S.C. § 1349 – Conspiracy to Commit Bank Fraud (Count 1); 18 U.S.C. § 1344 – Bank Fraud (Counts 2 through 5); 18 U.S.C. § 1028A – Aggravated Identity Theft (Count 6); 18 U.S.C. § 982(a)(2)(A) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or has been given bail on these offenses; and further order that until such time as the defendants are in custody or has been given bail, that no

1  person shall disclose the finding of the Indictment or any warrants issued pursuant
2  thereto, except when necessary for the issuance and execution of the warrants.

3

4  Dated: November 14, 2024                              Respectfully submitted,

5
                                                         PHILLIP A. TALBERT
6                                                        United States Attorney

7
                                                         By /s/ JEFFREY A. SPIVAK
8                                                        JEFFREY A. SPIVAK
                                                         Assistant U.S. Attorney
9

10                              IT IS SO ORDERED.

11

12
   Dated:  November 14, 2024
13
                                                         _____
                                                         STANLEY A. BOONE
14                                                       U.S. Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Seal Indictment                         2