PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Nov 20, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>(1) ABREIANA ROGERS,<br>(2) NYRIC HINTON,<br>(3) ZION BREWER,<br>(4) ZORIAN TEMPLE,<br>(5) DAVONNTAE BARFIELD, AND<br>(6) HARRY COOPER NEAL,<br><br>             Defendants. | CASE NO. 1:24-CR-00279-JLT-SKO<br><br>ORDER TO UNSEAL CASE |

It is ordered that the Indictment in the case be UNSEALED.

IT IS SO ORDERED.

Dated:  **November 20, 2024**

_____
STANLEY A. BOONE
United States Magistrate Judge