MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00279-JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR SETTING OF INITIAL APPEARANCE/STATUS CONFERENCE |
| v. | |
| ABREIANA ROGERS, | |
| Defendant. | |

The parties request an initial appearance/status conference for Defendant Abreiana Rogers on March 20, 2025 at 2:00 pm before the Duty Magistrate Judge.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant' counsel of record, hereby stipulate as follows:

1.  On November 14, 2024 an indictment was returned in this District charging Defendant Abrieiana Rogers with Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, Bank Fraud, in violation of 18 U.S.C. § 1344, and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

2.  Defendant was arrested by the United States Marshals Service in Los Angeles, California, and made her initial appearance in the Central District of California on February 27, 2025.

///

3. The Magistrate Judge in the Central District of California released Defendant on conditions and appearance bond, and ordered the Government and Defense Counsel to meet and confer about an initial appearance date in the Eastern District of California due to certain medical concerns. The parties have met and conferred, and request an initial appearance/status conference before the Duty Magistrate Judge in Fresno, California on March 20, 2025 at 2:00 pm.

IT IS SO STIPULATED.

Dated: March 13, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: March 13, 2025

/s/ PETER M. JONES
PETER M. JONES
Wanger Jones Helsley PC
Counsel for Defendant

## ORDER

The Court sets an initial appearance and status conference for Defendant Abreiana Rogers before the Duty Magistrate Judge in Fresno, California on March 20, 2025 at 2:00 pm. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **March 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

STIPULATION FOR SETTING OF INITIAL
APPEARANCE/STATUS CONFERENCE

2