MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00279-JLT-SKO |
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| (1) ABREIANA ROGERS, (2) NYRIC HINTON, (3) ZION BREWER, (4) ZORIAN TEMPLE, (5) DAVONNTAE BARFIELD, AND (6) HARRY COOPER NEAL, Defendants. | DATE: June 4, 2025 TIME: 1:00 p.m. COURT: Hon. Sheila K. Oberto |

**STIPULATION**

1. This case set for status conference on June 4, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference to October 29, 2025, and to exclude the time period between June 4, 2025 and October 29, 2025 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2. By previous order, this matter was set for status conference on June 4, 2025. By this stipulation, defendants now move to continue the status conference until October 29, 2025, and to exclude time between June 4, 2025, and October 29, 2025, under Local Code T4.

1

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes numerous investigative reports, substantial volumes of financial records, social media and computer forensics evidence, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2025 to October 29, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 19, 2025                              MICHELE BECKWITH
                                                 Acting United States Attorney


                                                 /s/ JEFFREY A. SPIVAK
                                                 JEFFREY A. SPIVAK
                                                 Assistant United States Attorney

Dated: May 19, 2025                              /s/ Anthony Capozzi
                                                 Anthony Capozzi
                                                 Counsel for Defendant
                                                 Nyric Hinton (2)


Dated: May 19, 2025                              /s/ Eric Kersten
                                                 Eric Kersten
                                                 Counsel for Defendant
                                                 Zion Brewer (3)


Dated: May 19, 2025                              /s/ Steve Crawford
                                                 Steve Crawford
                                                 Counsel for Defendant
                                                 Zorian Temple(4)

Dated: May 19, 2025                              /s/ Mike McNeely
                                                 Mike McNeely
                                                 Counsel for Defendant
                                                 Davonntae Barfield (5)

Dated: May 19, 2025                              /s/ Richard Beshwate
                                                 Richard Beshwate
                                                 Counsel for Defendant
                                                 Harry Cooper Neal (6)


**ORDER**

In light of the Defendant's arraignment on March 30, 2025, the parties' request to continue the status conference from June 4, 2025, to October 29, 2025, at 1:00 p.m. is GRANTED. Time is excluded through October 29, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The parties shall be prepared to select a mutually agreeable status conference at the October 29, 2025, status conference.

IT IS SO ORDERED.

Dated:   **May 23, 2025**                            /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE