ERIC GRANT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>(1) ABREIANA ROGERS,<br>(2) NYRIC HINTON,<br>(3) ZION BREWER,<br>(4) ZORIAN TEMPLE,<br>(5) DAVONNTAE BARFIELD, AND<br>(6) HARRY COOPER NEAL,<br><br>  Defendants. | CASE NO. 1:24-CR-00279-JLT-SKO<br><br>JOINT STATUS REPORT AND STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: October 29, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

1. This case set for status conference on October 28, 2025. As set forth below, the parties now move, by stipulation, to set this case for jury trial on October 6, 2026 at 8:30 am, and to exclude the time period between today's date through and including October 6, 2026 under the Speedy Trial Act. The parties estimate the trial will take roughly 5 days. While the parties attempted to find a trial date earlier than October 2026, given the schedules of defense counsel, October 6, 2026 was the earliest date that all parties could be available.

///

///

1

# STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2. By previous order, this matter was set for status conference on October 28, 2025. By this stipulation, the parties now move to set this case for jury trial on October 6, 2026 at 8:30 am, and to exclude the time period between today's date through and including October 6, 2026 under the Speedy Trial Act.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes numerous investigative reports, substantial volumes of financial records, social media and computer forensics evidence, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) While the parties attempted to find a trial date earlier than October 2026, given the schedules of defense counsel, October 6, 2026 was the earliest date that all parties could be available.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 28, 2025 to October 6, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 20, 2025  MICHELE BECKWITH
Acting United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: October 20, 2025  /s/ Anthony Capozzi
Anthony Capozzi
Counsel for Defendant
Nyric Hinton (2)

Dated: October 20, 2025  /s/ Eric Kersten
Eric Kersten
Counsel for Defendant
Zion Brewer (3)

Dated: October 20, 2025  /s/ Steve Crawford
Steve Crawford
Counsel for Defendant
Zorian Temple(4)

3

| | |
|---|---|
| Dated: October 20, 2025 | /s/ Mike McNeely<br>Mike McNeely<br>Counsel for Defendant<br>Davonntae Barfield (5) |
| Dated: October 20, 2025 | /s/ Richard Beshwate<br>Richard Beshwate<br>Counsel for Defendant<br>Harry Cooper Neal (6) |

**ORDER**

IT IS SO ORDERED that this case is set for jury trial on October 6, 2026 at 8:30 am, and time is excluded from today's date through and including October 6, 2026 under the Speedy Trial Act. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The October 28, 2025, status conference is VACATED.

IT IS SO ORDERED.

Dated: **October 21, 2025**     /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE