**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones #105811

Attorneys for: Defendant, Abreiana Rogers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABREIANA ROGERS,<br><br>Defendant. | Case No. 1:24-CR-00279-JLT-SKO<br><br>**STIPULATION TO MODIFY DEFENDAT'S PRETRIAL RELEASE REMOVING THE LOCATION MONITORING WITH CURFEW CONDITIONS; DECLARATION OF PETER M. JONES IN SUPPORT OF STIPULATION; ORDER THEREON** |

Defendant, ABREIANA ROGERS, by and through counsel, Peter M. Jones, and Plaintiff, United States of America, by and through counsel, Jeffrey A. Spivak, hereby stipulate as follows: (1) That the condition of pretrial release (condition 7(q) of Order Setting Conditions of Release, Document 72), requiring Ms. Rogers to participate in location monitoring with curfew conditions, be removed.

DATED: NOVEMBER 24, 2025   RESPECTFULLY SUBMITTED,

BY: __/s/ *PETER M. JONES*_____
　　PETER M. JONES, COUNSEL FOR
　　ABREIANA ROGERS

DATED: NOVEMBER 24, 2025   ERIC GRANT, U.S. ATTORNEY

By: ___/s/ *JEFFREY A. SPIVAK*_____
　　JEFFREY A. SPIVAK, AUSA

{10163/002/01566394.DOCX}

1

Stipulation To Modify Pretrial Service Conditions

4870-9174-9557, v. 1

# DECLARATION OF PETER M. JONES

**1.** I am an attorney duly licensed to practice in the State of California. I am counsel of record for Defendant, Abreiana Rogers, in the above-captioned action. Except as to matters based on information and belief, I have personal knowledge of the matters set forth in this declaration. Regarding matters stated on information and belief, I believe them to be true. If called upon as a witness to testify about the content of this Declaration, I could and would competently do so.

**2**. Defendant, Abreiana Rogers, is currently being monitored by Pretrial Services in the Central and Eastern Districts of California. Ms. Rogers has been in compliance with all of her pretrial release requirements. She is currently on location monitoring with a curfew restriction ( between 11:00 p.m. and 5:00 a.m.). She is, also, currently under a doctor's care and is undergoing chemo therapy for cancer.

**3.** Ms. Rogers asked that I seek an order of the court modifying her Pretrial Release by removing the location monitoring with curfew conditions, due to her ongoing, intensive regimen of medical treatment for cancer.

**4.** I have been in contact with AUSA, Jeffrey Spivak, and Pretrial Services Officer, Frank Guerrero. Neither the Government nor Pretrial Services have any opposition to the specified modification of Ms. Roger's pretrial conditions herein requested.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on **November 24, 2025** at Fresno California.

/s/ *Peter M. Jones*
Peter M. Jones

## **ORDER**

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that Pretrial Release Condition 7(q), requiring defendant, Abreiana Rogers, participate in location monitoring with curfew conditions, be removed;  All other standard and specific conditions of release not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **November 24, 2025**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE