ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ABREIANA ROGERS,<br><br>Defendant. | Case No. 1:24-cr-00279-JLT-SAB<br><br>STIPULATION TO VACATE TRIAL AND RELATED HEARING DATES AND SCHEDULE STATUS CONFERENCE; ORDER |

The parties have been informed that the defendant, Abreiana Rogers, has been diagnosed with a terminal medical condition, is in hospice treatment, and is unable to meet with her defense counsel to prepare for trial in this case or otherwise attend the trial as it is currently scheduled. The parties are in the process of collecting and reviewing the supporting documentation to confirm Ms. Rogers' medical condition and prognosis. The remaining defendants in the case have filed plea agreements and are expected to enter their changes of plea in the next few weeks.

Accordingly, the parties request that the trial date and all other related hearing dates for Ms. Rogers be vacated. The parties also request that a status conference for Ms. Rogers be scheduled for November 18, 2026, at 1:00 p.m., before the Honorable Stanley A. Boone. The

parties agree that time shall be excluded from August 4, 2026, through November 18, 2026, because Ms. Rogers' is currently unable to stand trial and for purposes of defense preparation pursuant to 18 U.S.C. §§ 3161(h)(3)(A), (h)(4), (h)(7)(A), and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: August 4, 2026

*/s/ Peter Jones*
Peter Jones
Counsel for Abreiana Rogers

Dated: August 4, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, and for good cause shown, the trial date and all related hearings dates for the defendant, Abreiana Rogers, are vacated and a status conference is scheduled for November 18, 2026, at 1:00 p.m., before the Honorable Stanley A. Boone. Time shall be excluded from August 4, 2026, through November 18, 2026, because Ms. Rogers' is currently unable to stand trial and for purposes of defense preparation pursuant to 18 U.S.C. §§ 3161(h)(3)(A), (h)(4), (h)(7)(A), and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **August 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge